1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY P. SAUER, as director          No. 2:08-cv-02647-MCE-KJM
     of the California Department of
12   Rehabilitation,

13           Plaintiff,

14      v.                                   ORDER

15   UNITED STATES DEPARTMENT OF
     EDUCATION, REHABILITATION
16   SERVICES ADMINISTRATION, ROBERT D.
     STEINBERG, ROBERT R. HUMPHREYS,
17   and MELINDA G. WILSON,

18           Defendants.

19                        ----oo0oo----

20

21       Through the present action, Plaintiff appeals the result of

22   an arbitration proceeding, convened pursuant to 20 U.S.C. § 107d-

23   1(b) of the Randolph Sheppard Act, and pertaining to the removal

24   of a blind vendor at the Roybal Federal Building in Los Angeles,

25   California.  Plaintiff now moves to change venue of the

26   proceeding, pursuant to 28 U.S.C. §§ 1391(b)(2) and 1406(a), on

27   grounds that both the events and circumstances at issue in the

28   lawsuit occurred in Los Angeles, California.

                                  1

1  Los Angeles is within the jurisdiction of the United States

2  District Court for the Central District of California, rather

3  than the Eastern District where the matter is currently pending.

4      On or about February 2, 2009, Defendants filed a Statement

5  of Non-Opposition to Plaintiff's Motion for Change of Venue.

6  Given that non-opposition, and good cause appearing therefor,

7  Plaintiff's Motion is GRANTED.[1]  The above-captioned case is

8  hereby transferred pursuant to 28 U.S.C. § 1406(a) to the United

9  States District Court for the Central District of California.

10     IT IS SO ORDERED.

11  Dated: February 17, 2009

12

13  _____

14  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

_____

27     [1]Because oral argument was not of material assistance, the
    Court orders this matter submitted on the briefs.  E.D. Cal.
28  Local Rule 78-230(h).